B09-15751

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
CORBIN DIVISION

| In Re: | CASE NO. 09-20590 |
|---|---|
| Christopher W Land<br>Gail M Langendorf<br><br>Debtors | CHAPTER 13<br><br>JUDGE WILLIAM S. HOWARD<br><br>**(2728 Coachlight Lane, Burlington)** |

**AGREED ORDER FOR RELIEF FROM STAY**

This matter came to be considered on the Motion for Relief from Stay (the "Motion") filed by Creditor, Accredited Home Lenders, Inc., a California Corporation.

Creditor has alleged that good cause exists for granting the Motion and that Debtors, counsel for Debtors, the Chapter 13 Trustee, and all other necessary parties were served with this Motion and with notice of the hearing date for this Motion; and

The parties have entered into an agreement resolving the Motion.

**IT IS THEREFORE, ORDERED:**

1.      The Debtors shall maintain regular monthly post-petition payments directly to Creditor outside the Chapter 13 Plan beginning with a payment on January 1, 2009.  Failure by the Debtors to make the regular monthly mortgage payment to the Creditor within 30 days of the date due shall constitute a default.  **The terms and conditions of the note and mortgage remain unaffected by this Agreed Order.  Debtors shall tender mortgage payments to Creditor at the following address:  HSBC Mortgage Services, Inc, 636 Grand Regency Blvd., Brandon, FL 33509**

2. Debtors presently owe Creditor the sum of $5,129.48 which is comprised of post-petition arrearages, late charges, costs and fees which have accrued up to and including December 2009. Creditor shall file a supplemental proof of claim for $650.00 which represents $500.00 attorney fees and $150.00 costs associated with the Motion for Relief. Debtors agree not to object. The Debtors have tendered a lump sum payment of $2,986.32 to Movant on November 30, 2009 (Movant acknowledges receipt of this payment). Counsel for Movant shall file a second supplemental proof of claim for the remaining arrearage of $1,493.16. **The parties are in agreement that the Debtors should only pay and the Creditor should only receive what is actually owed, no more and no less. If it is discovered that certain payments or advances were not properly credited or accounted for, then the parties agree that the Agreed Order shall be modified to accurately reflect the status of the account.**

3. Should Debtors convert to another chapter under the bankruptcy code during the life of this Agreed Order, then, Creditor's counsel shall send written notice to Debtors' counsel advising that the entire contractual arrearage is due within 10 days of the date of the letter. If the entire arrearage is not tendered within that 10-day period, then such failure shall constitute a default.

4. In the event of a default, Creditor shall file a Certificate of Non-Compliance with supporting affidavit, with service of same upon Debtor, Debtor's counsel and the Chapter 13 Trustee. The filing of the Certificate of Non-Compliance shall serve to grant immediate relief from the automatic stay imposed by Section 362 of the Bankruptcy Code, which shall terminate without further hearing or order from this Court and by agreement of the parties hereto.

Pursuant to Local Rule 9022-1(c), Andrew A. Paisley, shall cause a copy of this order to be serviced on each of the parties designated to receive this order pursuant to Local Rule 9022-1(a) and shall file with the court a Certificate of Service of the Order upon such parties within ten (10) days hereof.

SUBMITTED AND APPROVED BY:

**/S/ Andrew A. Paisley**
Andrew A. Paisley
Clunk, Paisley and Associates PSC
Attorney for Creditor
4500 Courthouse Blvd, Ste 400
Stow, Ohio 44224
(330) 436-0300/(330) 436-0301 facsimile
Email:  bknotice@johndclunk.com

**/s/ Mark A. Bubenzer**
Mark A. Bubenzer
P.O. Box 1423
Frankfort, KY 40602
(502) 226-1100
mabubenzer@aim.com

**/s/ Beverly M. Burden**
Beverly M. Burden
PO Box 2204
Lexington, KY 40588-2204

**DISTRIBUTION LIST:**

Andrew A. Paisley
Clunk, Paisley and Associates PSC
4500 Courthouse Blvd, Ste 400
Stow, Ohio 44224

Christopher W Land
2728 Coachlight Lane
Burlington, KY  41005

Gail M Langendorf
2728 Coachlight Lane
Burlington, KY  41005

Citifinancial
PO Box 499
Hanover, MD 21076

Mark A. Bubenzer
P.O. Box 1423
Frankfort, KY 40602

Beverly M. Burden
PO Box 2204
Lexington, KY 40588-2204

US Trustee
100 E Vine St #500
Lexington KY 40507

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.*



**Signed By:**
*William S. Howard*
**Bankruptcy Judge
Dated: Wednesday, December 16, 2009
(wsh)**